| | | | |
|---|---|---|---|
| | AUSA: | Hank Moon | Telephone: (313) 226-0220 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Ramiro ALEMAN-URIBE

Case No.  2:26−mj−30116
Assigned To : Unassigned
Assign. Date : 3/3/2026
Description: CMP USA V. RAMIRO ALEMAN−URIBE (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 26, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326 | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about February 26, 2026, in the Eastern District of Michigan, Southern Division, Ramiro ALEMAN-URIBE, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about May 17, 2021, at or near Brownsville, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __March 3, 2026__

*Judge's signature*

City and state: __Detroit, MI__     Hon. Elizabeth A. Stafford,  U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge, information provided by other law enforcement officers, including Border Patrol Agents, and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Ramiro ALEMAN-URIBE, which reveals the following:

2. ALEMAN-URIBE is a thirty-six-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

**Previous immigration encounters and removals:**

3. On or about July 31, 2007, ALEMAN-URIBE was arrested by Border Patrol Agents near Laredo, Texas, and was granted Voluntary Removal on that same date.

4. On or about May 3, 2011, ALEMAN-URIBE was arrested by Border Patrol Agents near Gibraltar, Michigan. He was issued a Notice to Appear.

5. On or about May 10, 2011, ALEMAN-URIBE was ordered removed to Mexico by an Immigration Judge. He was subsequently removed to Mexico on May 17, 2011,

through Laredo, Texas.

6. On or about May 24, 2011, ALEMAN-URIBE was arrested by Border Patrol Agents near McAllen, Texas. His prior order of removal was reinstated.

7. On or about May 26, 2011, ALEMAN-URIBE was removed to Mexico through Calexico, California.

8. On or about January 13, 2014, ALEMAN-URIBE was arrested by Michigan State Police in or near Detroit, Michigan, for driving without license and open container (alcohol). Court disposition is unknown.

9. On or about January 15, 2014, ALEMAN-URIBE was arrested by Immigration and Customs Enforcement and taken into their custody following the MSP arrest. His prior order of removal was reinstated.

10. On April 14, 2014, ALEMAN-URIBE was convicted and sentenced to time served for violating 8 U.S.C. § 1326(a) in the U.S. District Court, Eastern District of Michigan.

11. On or about April 29, 2014, ALEMAN-URIBE was removed to Mexico through Laredo, Texas.

12. On or about October 27, 2016, ALEMAN-URIBE was arrested by the Drug Enforcement Administration and charged with Possession of a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. § 841.

13. On May 31, 2017, ALEMAN-URIBE was convicted in the U.S. District Court,

Eastern District of Michigan, of violating 21 U.S.C. § 841(a)(1) and was sentenced to 63 months in prison and 48 months of Supervised Release.

14. On or about October 6, 2020, ALEMAN-URIBE was encountered by ICE during his incarceration for his drug conviction. He was processed for prior order of removal. He was subsequently removed to Mexico on May 17, 2021, through Brownsville, Texas.

**2026 encounter and arrest:**

15. Border Patrol Agents working with the Detroit Sector Intelligence unit investigated ALEMAN-URIBE as a target of interest meeting the conditions of prior prosecution of drug trafficking and prior removals. Initial investigation revealed that he was currently living and working in the United States.

16. On February 26, 2026, Border Patrol Agents performed surveillance at a known address in Detroit associated with ALEMAN-URIBE. Agents saw ALEMAN-URIBE leaving the residence and were able to visually identify him by his known neck tattoo. Agents watched ALEMAN-URIBE drive away in an F-150 and conducted a vehicle stop. Agents identified themselves as Border Patrol Agents. ALEMAN-URIBE was ordered to lower his driver's window: he refused. Agents then broke the driver's window and extracted ALEMAN-URIBE from the vehicle. ALEMAN-URIBE was arrested and transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

17. Ramiro ALEMAN-URIBE's fingerprints and photograph were captured and entered into the Automated Biometric Identification System and the Integrated Automated Fingerprint Identification System. The results revealed that ALEMAN-URIBE is a citizen of Mexico with the above-listed immigration history who has been previously removed from the United States on multiple occasions. The record checks did not provide any evidence that ALEMAN-URIBE legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

18. ALEMAN-URIBE's arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in 8 U.S.C. §§ 1357, 1225, 1226, and/or 1231 to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

19. Review of the Alien File (A# xxx xxx 791) for Ramiro ALEMAN-URIBE and queries in Department of Homeland Security databases confirm no record exists of ALEMAN-URIBE obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on May 17, 2021.

20. Based on the above information, I believe there is probable cause to conclude that Ramiro ALEMAN-URIBE, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge

5